

SUBROGATION ATTORNEYS

**Daniel J. de Luca**
*Direct:* 215.383.0166
*Cell:* 215.588.6800
ddeluca@delucalevine.com

October 5, 2018

The Honorable Susan E. Schwab
U.S. District Court for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17101

> **Re:**   **State Farm Fire & Cas. Co. a/s/o Shaw v. Burkentine & Sons Builders, et al.**
> **Civil Docket No.:  1:17-cv-1773**

Dear Judge Schwab:

I am counsel for Plaintiff in the referenced matter. I write to respectfully inform the Court that the parties have reached an in-principle settlement agreement to resolve this case.

The proposed Release is currently being drafted by defense counsel. Thereafter, it will be promptly reviewed and considered by my client. Thus, we expect to reach final agreement soon as to the Release's terms, and execute it accordingly. Thereafter, settlement funds will be duly processed.

Kindly have chambers advise if a proposed dismissal Order is required at this juncture. Meanwhile, the Court's attention to and awareness of the foregoing are appreciated, as are Your Honor's courtesy and cooperation during the pendency of this case.

> **Respectfully submitted,**
>
> de LUCA LEVINE LLC
>
> **DANIEL J. de LUCA**

DD/cs
cc:   Ryan Corkery, Esq.
    Greg Cassimatis, Esq.