# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., | : CIVIL NO.: 1:17-CV-01773 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Schwab) |
| BURKENTINE & SONS BUILDERS, INC., *et al.*, | : |
| Defendants. | : |

## ORDER
October 10, 2018

Given that the parties have reached a settlement, **IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days if the settlement is not consummated.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge
